# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:16-cr-00364-TCB-CMS
### USA v. Alls
### Honorable Timothy C. Batten, Sr.

Minute Sheet for proceedings held In Open Court on 06/28/2017.

TIME COURT COMMENCED: 10:02 A.M.
TIME COURT CONCLUDED: 10:14 A.M.   COURT REPORTER: Lori Burgess
TIME IN COURT: 00:12               DEPUTY CLERK: Suzy Edwards
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [1]Lionel Lewis Alls, Jr. Present at proceedings |
| ATTORNEY(S) PRESENT: | Nicole Kaplan representing Lionel Lewis Alls<br>Jolee Porter representing USA |
| PROCEEDING CATEGORY: | Change of Plea; |
| PLEADINGS FILED IN COURT: | Guilty Plea and Plea Agreement; Notice of Sentencing |
| MINUTE TEXT: | Defendant sworn; signatures authenticated. Court questioned Dft thoroughly re his change of plea and finds that the guilty plea to Count 1 of the Indictment is knowingly, intelligently, and voluntarily made. Court accepts the plea and adjudges the Dft guilty. Sentencing set for September 28, 2017. |
| HEARING STATUS: | Hearing Concluded |
| ADDL HEARING(S) SCHEDULED: | Sentencing Hearing set for 9/28/17 at 10:00 a.m. in Courtroom 2106; |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:16-cr-00364-TCB-CMS
### USA v. Alls
### Honorable Timothy C. Batten, Sr.

Minute Sheet for proceedings held In Open Court on 06/28/2017.

TIME COURT COMMENCED: 10:02 A.M.
TIME COURT CONCLUDED: 10:14 A.M.   COURT REPORTER: Lori Burgess
TIME IN COURT: 00:12                DEPUTY CLERK: Suzy Edwards
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [1]Lionel Lewis Alls, Jr. Present at proceedings |
| ATTORNEY(S) PRESENT: | Nicole Kaplan representing Lionel Lewis Alls<br>Jolee Porter representing USA |
| PROCEEDING CATEGORY: | Change of Plea; |
| PLEADINGS FILED IN COURT: | Guilty Plea and Plea Agreement; Notice of Sentencing |
| MINUTE TEXT: | Defendant sworn; signatures authenticated. Court questioned Dft thoroughly re his change of plea and finds that the guilty plea to Count 1 of the Indictment is knowingly, intelligently, and voluntarily made. Court accepts the plea and adjudges the Dft guilty. Sentencing set for September 28, 2017. |
| HEARING STATUS: | Hearing Concluded |
| ADDL HEARING(S) SCHEDULED: | Sentencing Hearing set for 9/28/17 at 10:00 a.m. in Courtroom 2106; |